UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN RE:

HERMANN JAN VANECK                    Case No. 3:15cv343(SRU)
                                      BK-15-30014

vs.

DLJ MORTGAGE CAPITAL, INC.

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of a bankruptcy appeal and defendant's motion to dismiss.

The Court reviewed all of the papers in conjunction with the appeal and on February 1, 2016 issued a ruling granting and the appeal is dismissed as moot.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendant DLJ Mortgage Capital and the matter is closed.

Dated at Bridgeport, Connecticut, this 9th day of February 2016.

ROBERTA D. TABORA

By/s/ Rochelle Jaiman
Deputy Clerk

Entered on Docket 2/9/2016