UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2016 MAR -9 P 2: 55
US DISTRICT COURT
BRIDGEPORT CT

IN RE:  HERMANN VANECK       :     CHAPTER 7

Debtor,                      :     CASE NO: 15 – 30014


                             :     RE:  3:15-cv-343  [Dkt 59]

                             :     RE:  3:15-cv-757  [Dkt 60]

                             :     FEBRUARY 09, 2016


NOTICE OF APPEAL


    HERMANN VANECK, the petitioner, appeals pursuant to FRAP 6(a), and such other Rules as may pertain, from the order and judgment of the Judge of the United States District Court for the District of Connecticut, the Concurrent and combined ORDER dated February 1, 2016, on the above-recited Appeals flowing from cases 3:15-cv-343; 347; treated by the Court as a unified Appeal.

The names of all parties to the Judgment, Order, or Decree appealed from and the names, addresses and (if known) telephone numbers of their respective attorneys are as follows:

Kara S. Rescia, Esq.
Chapter 7 Trustee
200 North Main Street, East 14
East Longmeadow, MA 01028

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

"DLJ Mortgage Capital, Inc."
c/o  Linda St. Pierre, Esq.
Hunt, Leibert, Jacobson, P.C.
50 Weston Street
Hartford, CT 06120
860-808-0606

BY THE DEBTOR:

_____
HERMANN VANECK
24 Ebony Lane
Ivoryton CT 06442
(860) 514-5902

List of all Opposing Counsel to be served by the Clerk of the Court:

Kara S. Rescia, Esq.
Chapter 7 Trustee
200 North Main Street, East 14
East Longmeadow, MA 01028

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Linda St. Pierre, Esq.
Hunt, Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120